THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH FREY, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARNEY GIZOWSKI, Appellant.— Motion granted and time for argument of appeal enlarged to include September 1959 Term of court.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD NOTEMAN, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed, without costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY C. STINE, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

POLLY M. R. HUNT, as Trustee of LUELLA TYLER, Respondent, v. ROSALIE RIZZO, Appellant, et al., Defendant.— Appeal dismissed unless printed records and briefs are filed and served on or before June 15, 1959.

ADAM RADLOWSKI et al., Respondents, v. JOSEPH ODDI et al., Appellants.— Motion granted to appeal on original and five typewritten copies of record and brief; appeal dismissed unless typewritten records and briefs are filed and served on or before June 15, 1959.

EMILIO FERRO, as Administratrix of the Estate of MARIO FERRO, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent (And 2 Other Actions).— Motion granted and time for argument of appeal extended to September 1959 Term of court.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BATTEN, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.